IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

IN RE: )
)
SCOT ROBERT SCOBEE and ) Case No. 07-61230-S-7-ABF
TERESA LUEVANO SCOBEE, )
)
Debtor(s). )

**MOTION FOR ORDER TO DEPOSIT FUNDS INTO COURT REGISTRY**

COMES NOW Dan Nelson, Trustee in Bankruptcy, and moves the Court for an Order to deposit funds into the Court Registry as follows:

1. It appears that there is on deposit in The Bank of New York Mellon to the credit of the above-captioned estate, the sum of $1,771.02, which is the sum of two (2) checks to unsecured creditors from the final distribution of said cause as follows:

| Claim No. | Creditor/Address | Total to be Paid |
|---|---|---|
| 13-1 | Northrop Gruman Federal Credit Union<br>Cardmember Services<br>1620 Dodge Street, Stop Code 3105<br>Omaha, NE 68197 | 289.59 |
| 20-1 | Riverside County Treasurer – Tax Collector<br>P.O. Box 12002<br>Riverside, CA 92502-2205 | 1481.43 |
| | **Total:** | **$1,771.02** |

WHEREFORE, the Trustee requests an Order of the Court to deposit funds into the Court Registry as listed above.

/s/ Dan Nelson
Dan Nelson, Trustee
PO Box 4288
Springfield, MO 65808-4288
(417) 886-2000 FAX 886-9126

17143773v1